## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMTAX HOLDINGS 227, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COHNREZNICK LLP,<br><br>　　　　　Defendant. | Civil Case No.: 1:23-cv-01124-NRB<br><br>Hon. Naomi R. Buchwald<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(ORAL ARGUMENT REQUESTED)** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated September 1, 2023, the annexed Declaration of Melissa A. Peña dated September 1, 2023, the exhibits appended thereto, and all prior pleadings and proceedings in this action, defendant, CohnReznick LLP ("Defendant"), by its undersigned counsel, will move this Court, on a date and time to be determined by this Court, before the Honorable Naomi R. Buchwald at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21A, New York, New York, 10007, for an Order, pursuant to Fed. R. Civ. Pro. 12(b)(1), dismissing plaintiff AMTAX Holdings 227, LLC's Complaint for lack of subject matter jurisdiction or, in the alternative, pursuant to Fed. R. Civ. Pro. 12(b)(6), for failure to state a claim upon which relief can be granted, and awarding Defendant such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the briefing schedule entered by the Court's August 11, 2023 Order (*see* Doc. No. 30), opposition papers are to be filed no later than October 6, 2023 and reply papers are to be served no later than October 30, 2023.

Defendant respectfully requests oral argument on this motion.

Dated: New York, New York
September 1, 2023

Respectfully submitted,

**NORRIS McLAUGHLIN, P.A.**

*/s/ Melissa A. Peña*
Melissa A. Peña
Benjamin D. Schwartz
7 Times Square, 21st Floor
New York, NY 10036
Tel: (212) 808-0700
Email: mapena@norris-law.com
Email: bschwartz@norris-law.com

**ATTORNEYS FOR DEFENDANT COHNREZNICK LLP**

**VIA ECF**

TO: GLENN AGRE BERGMAN & FUENTES LLP
L. Reid Skibell
Avelino A. Garcia
Olga Lucia Fuentes-Skinner
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel: (212) 358-5600
Tel: (912) 409-9132
Tel: (917) 532-0149
Email: rskibell@glennagre.com
Email: agarcia@glennagre.com
Email: ofuentes@glennagre.com

*Attorneys for Plaintiff AMTAX Holdings 227, LLC*